Decided April 1, 1996

## KYMBERLY S. ROBERTS *v.* WESTCHESTER FIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 294 (AC 14194), is denied.

*Frank A. Bailey,* in support of the petition.

*Gary C. Cooper,* in opposition.

Decided April 1, 1996